739 A.2d 159

**AWACS, INC., d/b/a Comcast Metrophone**

v.

**LONDONDERRY TOWNSHIP ZONING HEARING BOARD**

**and**

**Londonderry Township, Intervenor.**

**Appeal of Londonderry Township, Intervenor.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.

Decided Nov. 8, 1999.

John S. Halsted, Andrew D.H. Rau, Gawthrop, Greenwood & Halsted, P.C., West Chester, for Londonderry Tp.

Gerald F. McCormick, for AWACS, Inc.

Neil E. Land, Brutscher, Brutscher & Foley, Kennett Square, for Zoning Hearing Bd.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Order of Commonwealth Court reversed. *See Crown Communications v. Zoning Hearing Board of Borough of Glenfield,* 550 Pa. 266, 705 A.2d 427 (1997)